UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE RENARD ANDERSON,

      Plaintiff,

   v.

INTERNAL REVENUE SERVICE (IRS),

      Defendant.

Case No. 21-cv-04168-PJH

**ORDER OF DISMISSAL**

     Plaintiff, a state prisoner, has filed a pro se civil action in this court. Plaintiff was informed that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); therefore, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Plaintiff has now filed a notice that he seeks to dismiss this case. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).

     **IT IS SO ORDERED.**

Dated: July 2, 2021

      _/s/ Phyllis J. Hamilton_
      PHYLLIS J. HAMILTON
      United States District Judge